**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 05-2119**

_____

DENNIS ARTHUR TALBOT, JR.,

Plaintiff - Appellant,

versus

ACME PAPER AND SUPPLY COMPANY, INCORPORATED,

Defendant - Appellee.

_____

Appeal from the United States District Court for the District of Maryland, at Baltimore.  J. Frederick Motz, District Judge. (CA-04-1567-JFM)

_____

Submitted:  March 13, 2006          Decided:  March 24, 2006

_____

Before WILLIAMS, KING, and DUNCAN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Dennis Arthur Talbot, Jr., Appellant Pro Se. Michael Nicholas Petkovich, JACKSON LEWIS LLP, Vienna, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Dennis Arthur Talbot, Jr., appeals the district court's order granting summary judgment to his employer in his civil action alleging employment discrimination claims under the Americans with Disabilities Act. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Talbot v. Acme Paper & Supply Co., No. CA-04-1567-JFM (D. Md. filed Aug. 30, 2005 & entered Aug. 31, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED